# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Larry E Hill

[You are the **PLAINTIFF**, print your full name on this line.]

Case No. 49G-18-1912-F6-048198

[For a new case in this court, leave blank. The court will assign a case number.]

v. I.M.P.D

3:23-cv-00217-RLY-CSW

**FILED**
12/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] | |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **BCF**

3. Did the event you are suing about happen there? ○ Yes. ● No, it happened at: _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

4. On what date did this event occur? 12-24-2019

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Case number: 49G-18-1912-F6-048198 The cheif of security and 3 I.m.p.D officers assulted me the cheif of security CCA cheif williams jumped out of I.m.p.D squad car and kicked me in face 3 I.m.p.D officers that's in my affidavel maseed me ask the women and man who was in the report who house they said I tryed to go in i never did that I never commeted a crime that night put a A.P.B out on the witnesses. They will tell u that I ran up to the police with my hands up I was placed in cuffs mased and kicked in the face I never had no reson

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

to resisted i had a warrant

**Claims and Facts (continued)**

I told the police when the man chased me in the middle of the street thinking i was trying to get his wife sister dont know who she is too the guy but I was running from a freind house never got close to her porch house nothing ask them what happend that night they will tell u the truth I never commited a crime got assulted by police and rca mr. williams cheif I seen his face they mased me first he jumped out the car said he was the cheif he jumped out of I.m.p.d car He went to the lockup part in the hospital I was chained to the be cheif williams Ask older black guy sheriff night officer.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ● Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ● No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   pay for pain in suffering. cruel of unusal punnishement. false Arrest false improsment.

[Initial Each Statement]

L.H  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
L.H  I will keep a copy of this complaint for my records.
L.H  I will promptly notify the court of any change of address.
L.H  I WILL NOT send more than one copy of any filing to the court.
L.H  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
L.H  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11/30/2023 at 10:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____
Signature

998356
Prisoner Number

240 (Rev. 7/10) (INND Rev. 8/16)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]